COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Mohamed Kamara Baimba v. The State of Texas

Appellate case number:    01-19-00178-CR

Trial court case number:    1484829

Trial court:    174th District Court of Harris County

    Appellant's final motion for extension of time to file his brief is GRANTED. Appellant's brief is due October 18, 2019. No further extensions will be granted.

    It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
                     Acting individually


Date: _October 15, 2019_____